# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-cr-89 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DARNELL E. COSPER, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 19, 2025. The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Armstrong reported that a supervised release violation hearing was held on March 10, 2025. The defendant admitted to the following violations:

1. Failure to Comply with Substance Use/Mental Health Treatment;
2. Failure to Comply with Substance Use Testing;
3. Illicit Drug Use; and
4. Failure to Pay Restitution.

The magistrate judge filed a report and recommendation on March 10, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

A final supervised release violation hearing was conducted on April 2, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Christian Grostic, representing the defendant; the defendant Darnell E. Cosper, Jr., and United States Probation Officer Katelyn Keck.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 4 months as to each count to run concurrently, with credit for time served to date. Following imprisonment, the defendant is to serve a period of supervised release for 3 years as to each count to run concurrently, with the same terms and conditions as previously imposed, and with the following additional condition:

**Alcohol Restriction**: You must not use or possess alcohol.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 2, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**